# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                            NO. 4:21-po-00070-JJV

BACA BENEDIXTO                                                                          DEFENDANT

## ORDER

Defendant Baca Benedixto was issued CVB Ticket No. 9327464 on September 6, 2021. On April 1, 2022, an arrest warrant was issued for the defendant due to his failure to appear for scheduled hearings in this matter.

The United States now moves *ore tenus* to recall the arrest warrant and to dismiss the ticket. The requests are granted. The arrest warrant issued on April 1, 2022, is hereby recalled, and this case is dismissed.

IT IS SO ORDERED this 24th day of September 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE